No. 347. NEW YORK CITY v. GOLDSTEIN, TRUSTEE IN BANKRUPTCY. January 18, 1937. *Per Curiam:* The motion for leave to file a petition for rehearing is granted. The order heretofore entered on October 26, 1936, denying the petition for writ of certiorari herein is vacated, and the petition for writ of certiorari is granted. The decree of the Circuit Court of Appeals is reversed and the case is remanded to the District Court for further proceedings. *In the Matter of Atlas Television Co. Inc.*, 273 N. Y. 51 (decided December 31, 1936). *Messrs. Paul Windels, Paxton Blair, Oscar S. Cox*, and *Charles S. Levine* for petitioner. *Mr. S. Frederick Placer* for respondent.

No. —, original. EX PARTE ARTHUR O'TOOLE. January 18, 1937. Motion for leave to file petition for writ of habeas corpus denied.